Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Victor Elias*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VICTOR ELIAS,<br><br>Plaintiff,<br><br>v.<br><br>THE AGENCY HOLDCO, INC.,<br><br>Defendant. | CASE NO.: 2:25-cv-11654<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**(INJUNCTIVE RELIEF DEMANDED)** |

Plaintiff VICTOR ELIAS by and through his undersigned counsel, brings this Complaint against Defendant THE AGENCY HOLDCO, INC. for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff VICTOR ELIAS ("Elias") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Elias' original copyrighted Work of authorship.

2. Elias is an award-winning international architectural photographer specializing in producing fantastic and memorable hotel and resort photography.

Elias' work appears on a daily basis in thousands of travel websites around the world, helping travelers make the right hotel choice. Elias has over 25 years of experience, and his images appear in the pages of the most influential international travel magazines. He has also contributed to several campaigns with recognized international advertising agencies. Elias' list of clients include the most prominent hotel chains like Marriott, Hilton, Wyndham Hotels and numerous boutique hotels, big and small, in Latin America and the Caribbean.

3. Defendant THE AGENCY HOLDCO, INC. ("The Agency") is a global luxury real estate brokerage offering high-end properties and personalized services across premier markets worldwide. The Agency positions itself as a boutique real estate firm with a global reach, specializing in buying, selling, and renting upscale residential, commercial, and resort properties. Their platform showcases exclusive listings in elite destinations such as Malibu, Marbella, Ibiza, Costa Rica, and more. At all times relevant herein, The Agency owned and operated the website located at the internet URL www.theagencyre.com (the "Website").

4. Elias alleges that The Agency copied Elias's copyrighted Work from the internet in order to advertise, market and promote its business activities. The Agency committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the The Agency's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in California.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, The

Agency engaged in infringement in this district, The Agency resides in this district, and The Agency is subject to personal jurisdiction in this district.

## DEFENDANT

9. The Agency Holdco, Inc. is a California Corporation, with its principal place of business at 331 Foothill Road, Suite 100, Beverly Hills, California, 90210, and can be served by serving its Registered Agent, Brandon K. Braga, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2008, Elias created the photograph entitled "IMG-373197-574192," which is shown below and referred to herein as the "Work".



3

COMPLAINT FOR COPYRIGHT INFRINGEMENT                                     CASE NO.: 2:25-cv-11654

11. Elias registered the Work with the Register of Copyrights on June 16, 2013. The Registration was assigned registration number VA1-865-059. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. At all relevant times Elias was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY THE AGENCY

13. The Agency has never been licensed to use the Work for any purpose.

14. On a date after the Work was created, but prior to the filing of this action, The Agency copied the Work.

15. On or about November 28, 2024, Elias discovered the unauthorized use of his Work on the Website in an article entitled "The Agency to Lead Sales at Cancun Beachfront Hotel Property" dated July 11, 2023.

16. The Agency copied Elias' copyrightedWork without Elias' permission.

17. After The Agency copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its real estate sales business.

18. The Agency copied and distributed Elias' copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19. The Agency committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

20. Elias never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

21. Elias notified The Agency of the allegations set forth herein on July 29, 2025 and August 14, 2025. The Parties have failed to resolve this matter.

## COUNT I

## DIRECT COPYRIGHT INFRINGEMENT

22. Elias incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23. Elias owns a valid copyright in the Work.

24. Elias registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25. The Agency copied, displayed, and distributed the Work and made derivatives of the Work without Elias' authorization in violation of 17 U.S.C. § 501.

26. The Agency performed the acts alleged in the course and scope of its business activities.

27. Defendant's acts were willful.

28. Elias has been damaged.

29. The harm caused to Elias has been irreparable.

## COUNT II

## VICARIOUS COPYRIGHT INFRINGEMENT BY THE AGENCY

30. Elias incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

31. Upon information and belief, a third party committed copyright infringement when they copied, displayed, and made derivatives of the Work.

32. The Agency has a direct financial interest in the infringing material because it derives profits from the Website displaying the infringed Work.

33. Despite having the ability to stop the infringed Work from being displayed on its Website, The Agency allowed the materials to remain up for display.

34. To the extent that the actions described above were performed by the third-party alone, The Agency is vicariously liable for the unauthorized copying, display, distribution, and creation of derivative works of the Work without Elias' authorization in violation of 17 U.S.C. § 501.

35. Elias has been damaged.

36. The harm caused to Elias has been irreparable.

WHEREFORE, the Plaintiff VICTOR ELIAS prays for judgment against the Defendant THE AGENCY HOLDCO, INC. that:

    a. The Agency and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b. The Agency be required to pay Elias his actual damages and Defendant's profits attributable to the infringement, or, at Elias' election, statutory damages, as provided in 17 U.S.C. § 504;

    c. The Agency be required to pay Elias his damages including lost sales and Defendant's profits as provided in 15 U.S.C. § 1125;

    d. Elias be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

    e. Elias be awarded pre- and post-judgment interest; and

    f. Elias be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Elias hereby demands a trial by jury of all issues so triable.

DATED: December 8, 2025        Respectfully submitted,

    */s/ Matthew L. Rollin*
    MATTHEW L. ROLLIN
    **SRIPLAW, P.A.**
    *Counsel for Plaintiff Victor Elias*